# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 285TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on April 8, 2015, the cause upon appeal to revise or reverse your judgment between

Lee Weir, Mike Weir and Al Weir, Appellant

V.

Holt Texas, LTD. d/b/a Holt Cat, Appellee

No. 04-15-00116-CV and Tr. Ct. No. 2012-CI-00097

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellee's Motion to Dismiss Appeal, asserting this appeal should be dismissed because appellants failed to timely file a notice of appeal, is DENIED AS MOOT.**

**It is ORDERED that costs of appeal are assessed appellants.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 17, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00116-CV

## Lee Weir, Mike Weir and Al Weir

**v.**

## Holt Texas, LTD. d/b/a Holt Cat

(NO. 2012-CI-00097 IN 285TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | JOHNNA W GLASS |
| FILING | $100.00 | E-PAID | TANIA  FLORES |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | TANIA  FLORES |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | TANIA  FLORES |
| INDIGENT | $25.00 | E-PAID | TANIA  FLORES |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 17, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853